O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
***AMENDED***

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 10-0918 AHM (AJWx) | Date | August 31, 2010 |
|---|---|---|---|
| Title | JAMES S. DAVIS v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:** IN CHAMBERS (No Proceedings Held)

Plaintiff's pending *ex parte* motion, styled "Ex Parte Notice and Motion on Objection and Request to Strike Any Response Pleading From Defense Counsel Other Then a Verified Answer to First Amended Complaint Signed By Each 'Federal Employee' Defendant; Request to Set Contempt Hearing Date For Jason K. Axe, Assistant U.S. Attorney" (Docket No. 59) is DENIED WITHOUT PREJUDICE. Plaintiff has failed to establish sufficient reasons for proceeding *ex parte* rather than by way of noticed motion. *See Mission Power Engineering Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995). Plaintiff is not precluded from filing a noticed motion on the same grounds.

No hearing is necessary. Fed. R. Civ. P. 78; L. R. 7-15.

: 

Initials of Preparer SMO